UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ERIC J. WILLIAMS,

                      **Plaintiff,**

  v.

**ROCHESTER INSTITUTE OF TECHNOLOGY,**

                      **Defendant.**
_____

**STIPULATION OF WAIVER OF SERVICE OF SUMMONS AND TIME TO ANSWER**

Case No.: 1:21-cv-1039

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that defendant ROCHESTER INSTITUTE OF TECHNOLOGY agrees to save the expense of serving a summons and complaint in this case and waives service of the summons in accordance with the signed Waiver of Service of Summons form, and it is

FURTHER STIPULATED AND AGREED that ROCHESTER INSTITUTE OF TECHNOLOGY shall have sixty (60) days to file an Answer to or otherwise respond to the Complaint up to, and including February 8, 2022.

Dated:  December 10, 2021

| BROWN HUTCHINSON, LLP | THE REDDY LAW FIRM LLC |
|---|---|
| By: /s/ Michael Cobbs_____<br>Michael Cobbs, Esq,<br>925 Crossroads Building<br>Two State Street<br>Rochester, New York 14614<br>(585) 454-5050<br>mcobbs@brownhutchinson.com<br>Attorneys for Defendant | By: _/s/ Prathima Reddy_____<br>Prathima Reddy, Esq.<br>455 Linwood Avenue<br>Buffalo, New York 14209<br>(646) 468-4257 (cell)<br>preddy@thereddylaw.com<br>Attorneys for Plaintiff |

SO ORDERED: